**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.: 4:26-CV-06563 |
| | ) | |
| STRIKER PHARMACY, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**DISCLOSURE OF INTERESTED PARTIES**

Pursuant to this Court's Order for Conference and Disclosure of Interested Parties (Dkt. 8), counsel for Plaintiff Eli Lilly and Company identifies the following entities that are financially interested in this litigation:

1. Plaintiff Eli Lilly and Company, a corporation organized and existing under the laws of Indiana that has its principal place of business in Indiana.

2. Defendant Striker Pharmacy, LLC, a Texas limited liability company with a principal place of business at 1330 Pin Oak Road, Katy, Texas 77494.

Dated: August 28, 2026

Respectfully submitted,

*/s/ James John Lomeo*

James John Lomeo (*attorney-in-charge*)
Texas Bar No. 24118993
Southern District No. 3511238
KIRKLAND & ELLIS LLP
401 West 4th Street
Austin, TX 78701
Telephone: (512) 355-4316
Facsimile: (512) 678-9101
james.lomeo@kirkland.com

James R.P. Hileman (*pro hac vice forthcoming*)
Diana M. Watral (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
333 West Wolf Point Plaza
Chicago, Illinois 60654
Telephone: (312) 862-2000
Facsimile: (312) 862-2200
jhileman@kirkland.com
diana.watral@kirkland.com

David I. Horowitz (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
2049 Century Park East, 38th Floor
Los Angeles, CA 90067
Telephone: (213) 680-8374
Facsimile: (310) 552-5900
dhorowitz@kirkland.com

Chase Chesser (*pro hac vice forthcoming*)
KIRKLAND & ELLIS LLP
150 3rd Avenue South, Suite 1220
Nashville, TN 37201
Telephone: (629) 222-0131
Facsimile: (629) 222 0101
chase.chesser@kirkland.com

*Counsel for Plaintiff Eli Lilly and Company*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 28th day of August 2026, a true and correct copy of the above was electronically filed with the Clerk of Court using the CM/ECF system, which sends notifications of such filing to all counsel of record who have consented to accept service by electronic means.

*/s/ James John Lomeo*
James John Lomeo