United States District Court
Southern District of Texas
**ENTERED**
October 05, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-06563 |
| | § | |
| STRIKER PHARMACY, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE**
**HELD ON October 5, 2026 at 8:30 AM**

Appearances: Chase Chesser
Patrick Weeks
John Carroll
Aaron Wagner
(Court Reporter: Laura Wells)

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | October 30, 2026 |
| New parties/class allegations by: | None |
| Plaintiff's experts to be designated by: | April 27, 2027 |
| Report furnished by: | April 27, 2027 |
| Defendant's experts to be designated by: | May 10, 2027 |
| Report furnished by: | May 10, 2027 |
| Discovery to be completed by: | August 10, 2027 |
| Dispositive motions due by: | August 10, 2027 |
| Docket call to be held at 11:30 AM on: | November 1, 2027 |
| Estimated trial time: TBA | Jury Trial |

The following rulings were made:

Pursuant to phone conference conducted in this case, the Court determines to enter a scheduling order as set out herein.

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on October 5, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge