United States District Court
Southern District of Texas
ENTERED
October 20, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-06563 |
| | § | |
| STRIKER PHARMACY, LLC, | § | |
| | § | |
| Defendant. | § | |

**ORDER GRANTING UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**

On this day the Court considered the Unopposed Motion for Extension of Time to File Response to Complaint filed by Defendant Striker Pharmacy, LLC (Dkt. No. 26). The Court finds that the Motion has been filed prior to the expiration of the period for response which the Motion seeks to extend and further finds that there is good cause to grant the requested extension. Fed. R. Civ. P. 6(b)(1)(A). The Court further finds that Plaintiff has agreed to the requested extension.

IT IS THEREFORE ORDERED that the Unopposed Motion for Extension of Time to File Response to Complaint filed by Defendant Striker Pharmacy, LLC is GRANTED. The response of Defendant Striker Pharmacy, LLC to the Complaint is due to be filed on or before October 30, 2026.

It is so ORDERED.

SIGNED on October 20, 2026, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge