United States District Court
Southern District of Texas
**ENTERED**
November 20, 2026
Nathan Ochsner, Clerk

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| ELI LILLY AND COMPANY, | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.: 4:26-CV-06563 |
| STRIKER PHARMACY, LLC, | ) | |
| Defendant. | ) | |

**JOINT STIPULATION AND ORDER GRANTING
EXTENSION TO THE BRIEFING SCHEDULE**

Plaintiff Eli Lilly and Company ("Lilly") and Defendant Striker Pharmacy, LLC ("Striker"), by and through undersigned counsel, hereby stipulate as follows:

WHEREAS, Plaintiff filed its Complaint on August 12, 2026. Dkt. No. 1.

WHEREAS, Defendant filed its Unopposed Motion for Extension of Time to File Response to Complaint on October 3, 2026. Dkt. No. 26.

WHEREAS, the Court granted Defendant's Unopposed Motion for Extension of Time to File Response to Complaint on October 20, 2026, extending Defendant's deadline to October 30, 2026. Dkt. No. 30.

WHEREAS, Defendant filed its Motion to Dismiss on October 30, 2026. Dkt. No. 31.

WHEREAS, given the Parties' schedules and the complexity of the matter, the Parties agree that a modest enlargement of time for Plaintiff to respond to Defendant's Motion to Dismiss and for Defendant to reply thereto is warranted.

WHEREAS, there have been no previous modifications to the briefing schedule in this case other than Defendant's extension to file a response to the Complaint.

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel for the parties and subject to the Court's approval, that:

1. Plaintiff shall have until December 12, 2026, to respond to Defendant's Motion to Dismiss.

2. Defendant shall have until January 8, 2027, to file a reply in support of its Motion to Dismiss.

It is so ORDERED.

SIGNED on this 20___ day of November, 2026.

Kenneth M. Hoyt
United States District Judge